UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,      :

                                 :      Case No. 07 Cr. 1074 (DLC)

          vs.          :      ECF Case

                                 :

TIBOR LISKA and BLAKE BOHINC      :

                                 :      **NOTICE OF APPEARANCE**

          Defendants.     :

                                 :

                                 :

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      **PLEASE TAKE NOTICE** that Laura Grossfield Birger, a member of good standing in this Court, hereby enters her appearance as counsel of record on behalf of defendant Blake Bohinc in the above-captioned matter.

Dated:  New York, New York
        January 9, 2008

                               COOLEY GODWARD KRONISH LLP

                                  Laura Grossfield Birger (LB-3031)

                               1114 Avenue of the Americas
                               New York, NY 10036-7798
                               Phone: (212) 479-6000
                               Fax:   (212) 479-6275

                               *Attorneys for Defendant*