UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :   Case No. 07 Cr. 1074 (DLC)
         vs.                        :   ECF Case
                                    :
TIBOR LISKA and BLAKE BOHINC        :
                                    :   **NOTICE OF APPEARANCE**
         Defendants.                :
                                    :
                                    :
                                    :
------------------------------------x

**PLEASE TAKE NOTICE** that Daniel H. Davis, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of defendant Blake Bohinc in the above-captioned matter.

Dated: New York, New York
       January 9, 2008

COOLEY GODWARD KRONISH LLP

_____
Daniel H. Davis (DD-0090)

1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Fax:   (212) 479-6275

*Attorneys for Defendant*