

**Cooley**
GODWARD KRONISH LLP

DANIEL H. DAVIS
T: (212) 479-6360
F: (212) 479-6275
ddavis@cooley.com



MEMO ENDORSED



RECEIVED
FEB 0 5 2008
CHAMBERS OF
DENISE COTE

February 4, 2008

**BY FEDERAL EXPRESS**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

          RE:    **United States v. Bohinc**
                  **07-cr-1074 (DLC)**

Dear Judge Cote:

      We represent Blake Bohinc in the above referenced matter and we write to request permission for him to travel to Boynton Beach, Florida.

      Mr. Bohinc's conditions of release limit his travel to the Eastern and Southern Districts of New York and the District of New Jersey. Mr. Bohinc has planned a business trip from February 8th to February 14th to Boynton Beach to promote his company, NutraCell Labs. While in Florida, Mr. Bohinc will be staying with friends who live at 702 Sunny South Ave., Boynton Beach, FL, 33436.

      The government has no objection to the proposed travel.

      Thank you for your attention to this request.

                                      Sincerely,

                                      Daniel H. Davis

cc:    Seetha Ramachandran, AUSA
        One St. Andrew's Plaza
        New York, NY 10007

        Laura Birger, Cooley Godward Kronish LLP

*[Handwritten endorsement:]* Denied. The Court requires more information on the business of Nutra Cell Labs and any connection it may have had to the charged conduct.
Denise Cote
February 4, 2008