

DANIEL H. DAVIS
T: (212) 479-6360
F: (212) 479-6275
ddavis@cooley.com



**MEMO ENDORSED**



February 7, 2008

**BY HAND DELIVERY**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

      RE: **United States v. Bohinc**
         **07-cr-1074 (DLC)**

Dear Judge Cote:

  We represent Blake Bohinc in the above referenced matter and we write to supplement our prior request for permission for Mr. Bohinc to travel to Boynton Beach, Florida from February 8th to February 14th. Mr. Bohinc wishes to travel to Florida to conduct business in connection with his company, NutraCell Labs.

  NutraCell Labs is not involved in the sale of Boom!, the substance that is the subject of the indictment in this case. NutraCell Labs sells supplements to race and show horses in the United States and abroad. It is engaged in no other type of business. NutraCell Labs is owned and run entirely by Mr. Bohinc. While NutraCell Labs has at times used Tibor Liska, a co-defendant in this case, as a distributor of its horse products, it has at no point marketed or sold the Boom! product. On this particular trip, Mr. Bohinc estimates that he will have as many as nine meetings with horse trainers and/or stores that purchase NutraCell Labs' products, including an important meeting with the trainer for the United States Olympic Equestrian Team on Wednesday, February 13th, in Wellington, Florida.

  AUSA Seetha Ramachandran was aware and informed of the nature and business of NutraCell Labs when she previously consented to Mr. Bohinc's travel request.

*The request to travel is granted.*

*Denise Cote*
*February 7, 2008*

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 T: (212) 479-6000 F: (212) 479-6275 WWW.COOLEY.COM



The Honorable Denise L. Cote
February 7, 2008
Page Two

    Given the present time constraints, we would very much appreciate the Court's prompt attention to this request.

Sincerely,

Daniel H. Davis

cc:    Seetha Ramachandran, AUSA
       One St. Andrew's Plaza
       New York, NY 10007

       Laura Birger, Cooley Godward Kronish LLP