

DANIEL H. DAVIS
T: (212) 479-6360
F: (212) 479-6275
ddavis@cooley.com





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6 2 08

May 27, 2008

**BY FEDERAL EXPRESS**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

                RE:   **United States v. Bohinc**
                        **07-cr-1074 (DLC)**

Dear Judge Cote:

    We represent Blake Bohinc in the above referenced matter and we write to request permission for him to travel to Santa Barbara, California, this coming August.

    Mr. Bohinc's conditions of release limit his travel to the Eastern and Southern Districts of New York and the District of New Jersey. Mr. Bohinc has planned a family reunion in Santa Barbara to celebrate his sister's 50th birthday from August 21st to August 31st. During the trip, Mr. Bohinc will be staying with two of his sisters – Heidi Casper, who lives at 5336 University Drive, Santa Barbara, CA, 93111, and Christine Bohinc, who lives at 2738 Puesta Del Sol, Santa Barbara, CA, 93105. The government has no objection to the proposed travel.

    Thank you for your attention to this request.

                                  Sincerely,

                                  Daniel H. Davis

cc:   Seetha Ramachandran, AUSA
       One St. Andrew's Plaza
       New York, NY 10007

       Laura Birger, Cooley Godward Kronish LLP

*Granted.*
*Denise Cote*
*June 2, 2008*