

DANIEL H. DAVIS
T: (212) 479-6360
F: (212) 479-6275
ddavis@cooley.com

**MEMO ENDORSED**



July 29, 2008

**BY FEDERAL EXPRESS**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

        RE:    United States v. Bohinc
                   07-cr-1074 (DLC)

Dear Judge Cote:

    We represent Blake Bohinc in the above referenced matter. We write to request modification of Mr. Bohinc's bail conditions to allow him to travel on a monthly basis to destinations in Delaware and Maryland in connection with his business, NutraCell Labs.

    NutraCell Labs distributes horse supplements to equestrian training facilities. Mr. Bohinc has obtained new customers in Delaware and Maryland and he would like to visit them in person. The addresses are:

        Delaware Park                        Tack Express
        Receiving - Blue Barn              719 Training Center Drive
        777 Delaware Park Blvd            Fair Hill Training Center
        Wilmington, Delaware 19804      Elkton, MD 21921

    Mr. Bohinc estimates that he will visit these locations no more than once monthly. Mr. Bohinc's current conditions of release limit his travel to the Eastern and Southern Districts of

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 T: (212) 479-6000 F: (212) 479-6275 WWW.COOLEY.COM



The Honorable Denise L. Cote
July 29, 2008
Page Two

New York and the District of New Jersey.  The government has no objection to the proposed modification.

    Thank you for your attention to this request.

                                Respectfully submitted,

                                Daniel H. Davis

cc:    Seetha Ramachandran, AUSA
       One St. Andrew's Plaza
       New York, NY 10007

       Laura Birger, Cooley Godward Kronish LLP

*Granted.*

*Denise Cote*
*July 30, 2008*